M/D 1

IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

RECEIVED

2014 JUL 30 P 2:09

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

Dewayne Alton Bankston (Easterling Corr. Facility) )
Full name and prison name of )
Plaintiff(s) )
 )
v. )
 )
Alabama Dep't of Corrections, )
Karla Jones, )
CMS Medical Service, et.al )
_____ )
_____ )
_____ )
Name of person(s) who violated your )
constitutional rights. (List the names )
of all the person.) )

CIVIL ACTION NO. 2:14cv-712-MHT
(To be supplied by Clerk of U.S. District Court)

I.  PREVIOUS LAWSUITS
   A.  Have you begun other lawsuits in state or federal court dealing with the same or similar facts involved in this action? YES ☐   No ☑

   B.  Have you begun other lawsuits in state or federal court relating to your imprisonment?   YES ☐   NO ☑

   C.  If your answer to A or B is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

      1.  Parties to this previous lawsuit:

         Plaintiff(s) _____N/A_____

         Defendant(s) _____N/A_____

      2.  Court (if federal court, name the district; if state court, name the county)

         _____
         _____

3. Docket number __N/A__

4. Name of judge to whom case was assigned _____

5. Disposition (for example: was the case dismissed? Was it appealed? Is it still pending?) _____

6. Approximate date of filing lawsuit _____

7. Approximate date of disposition __N/A__

II. PLACE OF PRESENT CONFINEMENT __Easterling's Corrections Unit in Clio, Ala. 36017__

PLACE OR INSTITUTION WHERE INCIDENT OCCURRED __Same As Confinement...__

III. NAME AND ADDRESS OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR CONSTITUTIONAL RIGHTS.

NAME                                      ADDRESS

1. Karla Jones 200 Wallace Dr., Clio, Ala. 36017
2. Alabama Dep't of Correction 301 South Ripley Street
3. Montg., Alabama. 36130
4. CMS Medical Service for the Alabama
5. Dep't of Correction
6. _____

IV. THE DATE UPON WHICH SAID VIOLATION OCCURRED _____
__Continuing Violations__

V. STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:

GROUND ONE: _____
__See attached Sheets...__

STATE BRIEFLY THE FACTS WHICH SUPPORT THIS GROUND. (State as best you can the time, place and manner and person involved.)

_____

_____

_____

_____

_____

GROUND TWO: _____

_____

_____

SUPPORTING FACTS: _____

_____

_____

_____

_____

GROUND THREE: _____

_____

_____

SUPPORTING FACTS: _____

_____

_____

_____

_____

VI. STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU. MAKE NO LEGAL ARGUMENT. CITE NO CASES OR STATUTES.

Issue an injunction ordering the Alabama Dep't of Correction to have me taken to see a free world doctor to get adequate and sufficient help.

*Dibuhyne A. Bankston*
Signature of plaintiff(s)

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 7/23/14
(Date)

*Dibuhyne Atton Bankston*
Signature of plaintiff(s)

In The Circuit Court Of Barbour County, Alabama

Civil-Division

RECEIVED
2014 JUL 30 P 2:09
DEBRA P. HACKETT, CLK.
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

DeWayne A Bankston, PRO Se
   Plaintiff

VS.

Alabama Dept of Correction,
Karla Jones
CMS medical Service,
   defendents

Case No. 2:14-cv-717-MHT

## Petition For Emergency Medical Treatment

Comes now The Plaintiff, DeWayne Bankston (herein after "The Plaintiff"), in the above Cause of Action and Respectfully moves this honorable Court, Pursuant to Art I Section 17 of the 1901 Constitution of Alabama Seeking "Emergency Medical Treatment" Due to the denial or delayed medical treatment. The Plaintiff States the following in Support of this Petition;

### A

1) An inmate in a state Prison facility has a Constitutional Right to adequate medical treatment See Brown vs. Plate, 131 S Ct. 1910 (US. 2010) Quoting in turn Estelle vs. Gamble, 429 US. 97, 103 (1976)

Page (1)

In Alabama an evidentuary hearing is warranted in order for the trail Court to determine whether an inmate in a State Penal Facility is Receiving adequate medical attention see Murry vs. Prison Health Service, 2012 Ak. Civ. App Lexis 315 (2013) Perry vs. State Dept of Corrections 694 So 2d 24 Ala. Civ App (1997) Fountain vs. State, 648 So. 2d 591 Ala Civ. app (1994) Couch vs Allen 76 So. 3d 264 Ala. Civil App (2011).

Each of these Plaintiffs filed Writ of Habeas Corpus Petitions Seeking "Emergency Medical Treatment". A Petition for Writ of Habeas Corpus should be filed in the Jurisdiction that houses the Prisoner.

2). In Brown vs. Plate, Supra the higher Court held that, "Prisoners Retain the essence of Human dignity Inherent in All persons."

3). In this Case that dignity was denied by the defendents deliberate indifference to Plaintiff Serious medical needs due to the failure to provide ordenial and delayed medical treatment.

Since March of 2013, Plaintiff has been trying to obtain adequate medical treatment for a skin disorder, of Some Kind, that has Caused the plaintiff to suffer thus long, itching and wounds, but defendents has failed to send me to a doctor for Proper and adequate medical treatment. Those open wounds are causing Plaintiff Extreme pain and discomfort; and because the defendent wash sheets only once a week, I'm forced to sleep with bloody Sheets caused by the open wounds.

Page (2)

The Plaintiff has filed several Request and Administrative Complaints, Exhausting inmates Remedies Seeking to Resolve these Serious medical Conditions on an administrative level.

Wherefore, the above Said Cause the Plaintiff Prays that this Court grants this Petition and See to processing the Start of my betterment and Improvement.

Sworn to and subscribed before the notary Public of the ADOC on this 22nd day of July 2014

_____
Notary Public

DeWayne Bankston
DeWayne Bankston
My Commission Expires

My Commission Expires
6-6-2018

Du Wayne M. Livingston Prmer
EASTERLING CORRECTIONAL FACILITY
200 WALLACE DRIVE   D2-1A
CLIO, ALABAMA 36017



02 1P   $ 000.90⁰
0003179579   JUL 29 2014
MAILED FROM ZIP CODE 36017

In The United States District Court
Middle District of Alabama
The Northern Division:
Attn: The Honorable Ms. Debra Hackett
Clerk of The Court U.S.D.A.
P.O. Box 711
Montgomery, Al. 36101-0711

"This correspondence is forwarded from an Alabama State Prison. The contents have not been evaluated, and the Alabama Department of Corrections is not responsible for the substance or content of the enclosed communication."